THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN
J. KUNZEMAN, Appellant, against THE BOARD OF
ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW
YORK et al., Respondents.

(Submitted October 3, 1928; decided October 23, 1928.)

*Ralph E. Roberts, Jesse C. Rogers* and *Reuben L. Haskell*
for appellant.

*George P. Nicholson,* Corporation Counsel (*J. Joseph
Lilly, Willard S. Allen* and *William E. C. Mayer* of
counsel), for respondents.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.